No. 278. BRECHT CORPORATION *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Daniel P. McDonald* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Charles D. Lawrence* and *John R. Benney* for the United States.

No. 279. DAY-GORMLEY LEATHER Co. *v.* NATIONAL CITY BANK. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Borris M. Komar* for petitioner. *Mr. Philip A. Carroll* for respondent.

No. 280. MOHR *v.* GREAT LAKES TRANSIT CORP. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George Clinton, Jr.,* for petitioner. *Mr. Lawrence E. Coffey* for respondent.

No. 283. ANGLE *v.* SHINHOLT ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ralph A. Cusick* for petitioner. No appearance for respondents.

No. 284. UNITED STATES *v.* WOOD. October 11, 1937. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Reed* for the United States. *Mr. Raymond F. Garrity* for respondent.